165 So. 920

**A. O. MAYS v. STATE.**

8 Div. 247.

Court of Appeals of Alabama.

Feb. 4, 1936.

BRICKEN, Presiding Judge.

Appeal dismissed.

170 So. 922

**Elze MEEKS v. STATE.**

2 Div. 600.

Court of Appeals of Alabama.

Nov. 3, 1936.

SAMFORD, Judge.

Appeal dismissed on motion of appellant.

169 So. 911

**Lee MERRITT v. STATE.**

7. Div. 210.

Court of Appeals of Alabama.

June 2, 1936.

SAMFORD, Judge.

Affirmed.

167 So. 922

**METROPOLITAN LIFE INS. CO. v. John T. MULICAN.**

7 Div. 226.

Court of Appeals of Alabama.

Feb. 25, 1936.

BRICKEN, Presiding Judge.

Appeal dismissed by appellant.

170 So. 921

**Jesse MILES v. STATE.**

4 Div. 273.

Court of Appeals of Alabama.

Nov. 17, 1936.

SAMFORD, Judge.

Affirmed.

174 So. 903

**Otto MILLER, Royce (alias Windy) Brooks, and Ida Mae Brooks v. STATE.**

8 Div. 433.

Court of Appeals of Alabama.

March 16, 1937.

Rehearing Denied May 11, 1937.

Travis Williams, of Russellville, for appellants.

A. A. Carmichael, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the State.

RICE, Judge.

Affirmed.

173 So. 922

**O. R. MILLER v. STATE.**

4 Div. 309.

Court of Appeals of Alabama.

April 6, 1937.

SAMFORD, Judge.

Appeal dismissed.